**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUHAMMET RESUL YILDIZ,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden of,<br>Otay Mesa Detention Center, et al.,<br><br>                              Respondents. | Case No.:  26cv3815 DMS (AHG)<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return in which they do not address any of the claims alleged in the Petition.   Instead, they state Petitioner is subject to mandatory detention under § 1225(b)(2). (Return at 2.)  Respondents acknowledge this Court and courts in this District have repeatedly rejected their argument "under the same and/or similar facts." (*Id.*)  On that basis, Respondents do not oppose the petition and defer to the Court on the appropriate relief. (*Id.* at 3.)  Petitioner filed a Traverse in which he clarifies his claims, points out the deficiencies in the Return, and requests that he be released.

After reviewing the parties' briefs, the record, and the relevant legal authority, the Court grants the Petition for the reasons set out in *Galan v. LaRose*, Case No. 26cv1042 DMS (MSB), ECF No. 19 at 4, and *Alvarez Gallardo v. Attorney General*, Case No.

26cv2273 DMS (JLB), ECF No. 7.  Respondents shall release Petitioner from custody forthwith, and shall not re-detain him without first providing a pre-deprivation hearing before a neutral decisionmaker at which Respondents must prove there are material, changed circumstances related to flight risk or danger to the community that warrant Petitioner's re-detention.  The parties shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released.  The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated:  August 4, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv3815 DMS (AHG)